The following case in which the Court of Appeals issued a published opinion has been appealed to the Supreme Court:

1. Tevein Dewayne Harvey
   v. Commonwealth of Virginia
   Record No. 2037-14-2
   Opinion rendered by Judge McCullough on
   October 13, 2015

The following cases in which the Court of Appeals issued published opinions have been disposed of by the Supreme Court:

1. Jason N. Creamer
   v. Commonwealth of Virginia
   Record No. 0367-14-2
   Opinion rendered by Senior Judge Coleman
     on January 13, 2015
   Refused (150267)

2. James Edward Williams
   v. Commonwealth of Virginia
   Record No. 0700-14-2
   Opinion rendered by Judge Petty
     on January 20, 2015
   Refused (150296)

3. Morgan Sinclair Goodwin
   v. Commonwealth of Virginia
   Record No. 0190-14-3
   Opinion rendered by Judge Decker
     on February 3, 2015
   Refused (150364)

4. Darius Oneil Dalton
   v. Commonwealth of Virginia
   Record No. 2385-13-3
   Opinion rendered by Chief Judge Huff
     on March 31, 2015
   Refused (150625)

The Supreme Court issued opinions in the following cases, which had been appealed from this Court:

1. Talmage Donnell Ricks
   v. Commonwealth of Virginia
   Record No. 0293-14-1
   CAV petition for appeal denied by Judge Petty on October 15, 2014
   Judgment of Court of Appeals affirmed by opinion rendered on November 12, 2015
   (141650)

2. Edward Chilton, s/k/a, etc.
   v. Commonwealth of Virginia
   Record No. 1531-13-3
   Memorandum opinion rendered by Judge Petty on November 18, 2014
   Judgment of Court of Appeals affirmed by opinion rendered on November 12, 2015
   (141820)